

399 PARK AVENUE  14TH FLOOR
NEW YORK, NY  10022-4614
212.704.9600   212.704.4256 fax   www.zuckerman.com

BENJAMIN VOCE-GARDNER
Associate
212-897-3436
bvoce-gardner@zuckerman.com

August 17, 2015

**VIA ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    In re 650 Fifth Avenue and Related Properties, Case No. 15-1071

Dear Ms. Wolfe:

We respectfully submit this letter on behalf of Jenny Rubin, Deborah Rubin, Renay Frym, Stuart E. Hersh, Abraham Mendelson, Daniel Miller, Elana Rozenman, Noam Rozenman, and Tzvi Rosenman to inform the Court that we will not be submitting a brief in response to Appellants Jeremy Levin's and Lucille Levin's brief in the matter referenced above.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Benjamin Voce-Gardner

Benjamin Voce-Gardner

cc:    Counsel of Record (via ECF)

WASHINGTON, DC    NEW YORK    TAMPA    BALTIMORE

5014588.1