**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB** PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1850 M STREET, N.W. · SUITE 720 · WASHINGTON, D.C. 20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

August 20, 2015

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
500 Pearl Street
New York, NY 10007

    Re:  *Jeremy Levin, Dr. Lucille Levin v. United States of America, et al.*, **Case No. 15-1071**

Dear Ms. Wolfe:

    Pursuant to Local Rule 31.2(a)(1)(B), Plaintiff-Appellees **Fiona Havlish, *et al.***, join in the deadline set forth in their co-Plaintiff-Appellee Peterson's letter of July 22, 2015, setting October 15, 2015 as the deadline for filing of Appellees' brief in the above-captioned matter. The Havlish Plaintiff-Appellees anticipate joining the brief of the other Plaintiff-Appellees.

                      Respectfully Submitted,

                      Timothy B. Fleming
                      Counsel to the *Hoglan* Plaintiffs

cc: All counsel of record via ECF

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.