

**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1850 M STREET, N.W. · SUITE 720 · WASHINGTON, D.C. 20036

Direct Dial: 202−467−4489 · Fax: 205−314−0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

October 15, 2015

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
Foley Square
500 Pearl Street
New York, NY 10007

    Re:   ***In re: 650 Fifth Avenue and Related Properties,***
              **Case No. 15-1071**

Dear Ms. Wolfe:

The undersigned attorney represents Fiona Havlish and all of the Havlish Judgment Creditor Claimants-Appellees, who are individually listed in the attached addendum, in this case.

On behalf of Fiona Havlish and all of the Havlish Claimant-Appellees, we respectfully join the opposition brief filed today by the Peterson Judgment Creditor Claimants-Appellees.

                          Respectfully Submitted,

                          */s/ Timothy B. Fleming*

                          Timothy B. Fleming
                          Counsel to the Havlish Claimants-Appellees

cc: All counsel of record via ECF

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.

# ADDENDUM

The **Havlish Plaintiffs-Appellees** are:

Fiona Havlish, individually and on behalf of the Estate of Donald J. Havlish, Jr.; Donald Havlish, Sr.; Susan Conklin; William Havlish; Tara Bane, individually and on behalf of the Estate of Michael A. Bane; Donald Bane; Christina Bane-Hayes; Krystyna Boryczewski, individually and on behalf of the Estate of Martin Boryczewski; Estate of Michael Boryczewski; Julia Boryczewski; Michele Boryczewski; Grace Kneski, individually and on behalf of the Estate of Steven Cafiero; Richard A. Caproni, individually and on behalf of the Estate of Richard M. Caproni; Dolores Caproni; Christopher Caproni; Michael Caproni; Lisa Caproni-Brown; Clara Chirchirillo, individually and on behalf of the Estate of Peter Chirchirillo; Livia Chirchirillo; Catherine Deblieck; William Coale, individually and on behalf of the Estate of Jeffrey Coale; Frances Coffey, individually and on behalf of the Estates of Daniel M. Coffey and Jason Coffey; Daniel D. Coffey, M.D.; Kevin M. Coffey; The Estate of Jeffrey Collman; Dwayne W. Collman; Brian Collman; Charles Collman; Brenda Sorenson; Loisanne Diehl, individually and on behalf of the Estate of Michael Diehl; Morris Dorf, individually and on behalf of the Estate of Stephen Dorf; Michelle Dorf; Anne Marie Dorf; Robert Dorf; Joseph Dorf; Linda Sammut; Corazon Fernandez, individually and on behalf of the Estate of Judy Fernandez; Maria Regina Merwin, individually and on behalf of the Estate of Ronald Gamboa; Grace Parkinson-Godshalk, individually and on behalf of the Estate of William R. Godshalk; Tina Grazioso, individually and on behalf of the Estate of John Grazioso; Jin Liu, individually and on behalf of the Estate of Liming Gu; Alan Gu; Maureen Halvorson, individually and on behalf of the Estate of James D. Halvorson; Marie Ann Paprocki, individually and on behalf of the Estate of Dennis Lavelle; Roni Levine, individually and on behalf of the Estate of Robert Levine; Teresanne Lostrangio,

individually and on behalf of the Estate of Joseph Lostrangio; Margaret Mauro, individually and on behalf of the Estate of Dorothy Mauro; Ramon Melendez, individually and on behalf of the Estate of Mary Melendez; Patricia Milano, individually and on behalf of the Estate of Peter T. Milano; Ivy Moreno, individually and on behalf of the Estate of Yvette Nichole Moreno; JoAnne Lovett, individually and on behalf of the Estate of Brian Nunez; Estate of Vincent A. Ognibene, individually and on behalf of the Estate of Philip Paul Ognibene; Christine Papasso, individually and on behalf of the Estate of Salvatore T. Papasso; Patricia J. Perry, individually and on behalf of the Estate of John William Perry; Rodney Ratchford, individually and on behalf of the Estate of Marsha Dianah Ratchford; Rodney M. Ratchford; Marshee R. Ratchford; Rodney Ratchford for the Benefit of Maranda C. Ratchford; Judith Reiss, individually and on behalf of the Estate of Joshua Scott Reiss; Joyce Ann Rodak, individually and on behalf of the Estate of John M. Rodak; Chelsea Nicole Rodak; Joyce Ann Rodak for the Benefit of Devon Marie Rodak; John Rodak; Regina Rodak; Joanne Gori; Diane Romero, individually and on behalf of the Estate of Elvin Romero; Loren Rosenthal, individually and on behalf of the Estate of Richard Rosenthal; Expedito Santillian, individually and on behalf of the Estate of Maria Theresa Santillian; Ester Santillian; Ellen Saracini, individually and on behalf of the Estate of Victor Saracini; Guardian of Anne C. Saracini; Joanne Renzi; Paul Schertzer, individually and on behalf of the Estate of Scott Schertzer; Ronald S. Sloan, individually and on behalf of the Estate of Paul K. Sloan; Estate of George Eric Smith; Raymond Smith; Katherine Soulas, individually and on behalf of the Estate of Timothy P. Soulas; Russa Steiner, individually and on behalf of the Estate of William R. Steiner; Angela S. Stergiopoulos, individually and on behalf of the Estate of Andrew Stergiopoulos; George Stergiopoulos, individually and on behalf of the Estate of Andrew Stergiopoulos; Sandra Straub, individually and on behalf of the Estate of Edward W. Straub;

Joan E. Tino, individually and on behalf of the Estate of Jennifer Tino; Pamela Schiele; Christine Barton-Pence, individually and on behalf of the Estate of Jeanmarie Wallendorf; Estate of Meta Waller; Doyle Raymond Ward, individually and on behalf of the Estate of Timothy Raymond Ward; Gerald Bingham; Alice Carpeneto; Stephen L. Cartledge; Michelle Wright; Haomin Jian; FuMei Chien; Huichun Jian; Hui-Chuan Jian; Hui-Chien Chen; Hui-Zon Jian; Michael LoGuidice; Ralph S. Maerz; Martin Panik; Estate of Linda Ellen Panik; Mary Lynn-Anna Panik Stanley; Helen Rosenthal; Alexander Rowe; Ed Russin; Gloria Russin; Barry Russin; Leonard Zeplin; Leona Zeplin; and Joslin Zeplin.