# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand and fifteen,

Before:      Ralph K. Winter,
                *Circuit Judge.*

_____

|  |  |
|---|---|
| IN RE: 650 FIFTH AVENUE and RELATED PROPERTIES | **ORDER**<br>Docket No. 15-1071 |

_____

The Government moves for an extension of time until November 5, 2015 to file its answering brief in this matter.

IT IS HEREBY ORDERED that the motion is GRANTED. However, the clerk is instructed to treat this case as ready for calendaring as of November 5, 2015 whether or not the Government's brief has been filed. See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013); no further extensions.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

